# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. 1:20-cv-01831-JLT-CDB |
| Plaintiff, | ORDER GRANTING *NUNC PRO TUNC* EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | |
| KEVIN JEWELERS, INC., | (ECF No. 19) |
| Defendant. | |

Plaintiff filed this action on December 12, 2020.  (ECF No. 1.)  On July 14, 2022, the District Court entered an order denying plaintiff's motion for default judgment (ECF No. 16). Thereafter, the summons was returned executed (ECF No. 17) and defendant's time to file its answer or responsive pleading was noticed as August 24, 2022.  (ECF No. 17.)  No answer or responsive pleading was filed on or before that date and neither party sought an extension of time to make a filing, as required by Local Rule 144(d).

On October 10, 2022, the parties filed a stipulation requesting an extension of time for Defendant to file a responsive pleading.  (ECF No. 19.)   However, the stipulation submitted by the parties did not include a proposed order as required by Local Rule 143.

While the Court will grant the request for the stipulated extension of time to permit Defendant to file a responsive pleading, the Court directs the parties to review the Local Rules and more diligently adhere to them in connection with all future proceedings.

1

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED *nunc pro tunc* that Defendant shall file a response to Plaintiff's complaint on or before October 14, 2022.

IT IS SO ORDERED.

Dated:   **October 13, 2022**  _____
UNITED STATES MAGISTRATE JUDGE